JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LANNES, individually and as personal representative of the Estate of Vernon P. Lannes, and KRISTI JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWSERVE U.S., INC., JERGUSON GAGE & VALVE COMPANY, and WARREN PUMPS, LLC,<br><br>Defendants. | CV 12-1876 PA (AJWx)<br><br>JUDGMENT |

Pursuant to the Court's Minute Order of July 10, 2013 granting the defendants' Motions for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Flowserve U.S., Inc., Jerguson Gage & Valve Company, and Warren Pumps, LLC ("Defendants") shall have judgment in their favor against plaintiffs Jeffrey Lannes, individually and as personal representative of the Estate of Vernon P. Lannes, and Kristi Johnson ("Plaintiffs") on all claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed with prejudice.

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
2 nothing and that Defendants shall have their costs of suit.
3     IT IS SO ORDERED.
4 DATED: August 9, 2013

                                                              Percy Anderson
                                         UNITED STATES DISTRICT JUDGE